# United States District Court
## DISTRICT OF MARYLAND

| | |
|---|---|
| MARGO PADILLA DEMETZ ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Notice of Removal |
| ) | Civil Action No. |
| MIDLAND FUNDING, LLC, ) | |
| MIDLAND CREDIT MANAGEMENT, INC. ) | |
| FULTON FRIEDMAN & GULLACE, LLP, ) | |
| ) | |
| Defendants. | |

Defendant, Fulton Friedman & Gullace, LLP provides notice of the removal of this matter from the Circuit Court of Maryland for Baltimore County ("Circuit Court Case"), Index no.:C-1211028, to the U.S. District Court for the District of Maryland pursuant to 28 U.S.C. §1441(a).

Plaintiff, Margo Padilla Demetz filed suit in the Circuit Court Case, alleging violations of federal statutes; Fair Debt Collection Practices Act (15 U.S.C. §1692 et seq.) over which this Court maintains original jurisdiction. The complaint also includes state court allegations of the Maryland Consumer Debt Collection Act, Md. Code Ann. §14-201, et seq., over which this Court has supplemental jurisdiction pursuant to 28 U.S.C. §1367.

Attached hereto are copies of all pleadings, process and orders served upon the parties in the Circuit Court Case, as prescribed in 28 U.S.C. §1446(a). In addition, counsel for Midland Funding, LLC and Midland Credit Management, Inc. consent on behalf of their clients to the removal.

Counsel for Fulton Friedman & Gullace, LLP certifies that copies of the Notice of Removal, and of the attachments have been provided to all other parties or to their counsel in this matter. Respectfully submitted this 10th day of December, 2012.

Fulton Friedman & Gullace LLP

_/s/_____
Megan Gullace #29754
Attorney for Defendant
7350 B Grace Drive
Columbia, MD 21044
megan@fultonfriedman.com
866-563-0809 x40472
240-755-0028