IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| MARGO PADILLA DEMETZ<br><br>          Plaintiff,<br>v.<br><br>MIDLAND FUNDING, LLC, MIDLAND CREDIT MANAGEMENT, INC., AND FULTON, FRIEDMAN & GULLACE, LLP,<br><br>          Defendants. | Case No. _____ |

## CONSENT TO REMOVAL BY MIDLAND FUNDING, LLC AND MIDLAND CREDIT MANAGEMENT, INC.

Defendants Midland Funding, LLC and Midland Credit Management, Inc. acknowledge their consent to removal of this action from the Circuit Court for Baltimore County to the United States District Court for the District of Maryland. Midland Funding, LLC and Midland Credit Management, Inc. were served with Plaintiff's Complaint on November 13, 2012.

          Respectfully submitted,

          MARSHALL, DENNEHEY, WARNER,
          COLEMAN & GOGGIN, P.C.

By:     /s/ Lauren M. Burnette
          LAUREN M. BURNETTE, ESQUIRE
          Attorney No. 29597
          4200 Crums Mill Road, Suite B
          Harrisburg, PA 17112
          (717) 651-3703
          lmburnette@mdwcg.com
          Attorney for Defendants
          Midland Funding, LLC and
          Midland Credit Management, Inc.

Dated: December 5, 2012